Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio


★ ★ ★     ★ ★ ★



# MEMORANDUM OPINION

No. 04-11-00290-CR

## IN RE Ali MAYBERRY

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
Rebecca Simmons, Justice
Steven C. Hilbig, Justice

Delivered and Filed: June 1, 2011

PETITION FOR WRIT OF MANDAMUS DENIED AS MOOT

On April 20, 2011, relator filed a petition for writ of mandamus, complaining of the trial court's failure to rule on his motion for self-representation. However, on May 25, 2010, the trial court signed an order granting relator's motion. Accordingly, the petition for writ of mandamus is DENIED AS MOOT. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Cause No. 2010-CR-4136, styled *State of Texas v. Ali Mayberry*, in the 144th Judicial District Court, Bexar County, Texas, the Honorable Angus K. McGinty presiding.